UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

Anna Durant,

**STIPULATION AND**
Plaintiff,                     **ORDER OF DISMISSAL**

-against-                        13-CV-1973 (MKB) (CLP)

City of New York, *et al.*,

Defendants.

------------------------------------------------------------------------------- x

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and



2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Law Office of Osondu Anyadike
*Attorney for Plaintiff*
303 Livingston Street
Brooklyn, NY 11217

By: _____
   Osondu O. Anyadike
   *Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
*Attorney for Defendant City*
100 Church Street
New York, New York 10007

By: _____
   Rhiana Swartz
   *Assistant Corporation Counsel*

SO ORDERED:
S/ MKB 11/5/2013

_____
**MARGO K. BRODIE**
United States District Judge